UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS MICHAEL PALUZZI, | No. C 03-5825 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. SOLIS, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 1, 2008

_____
SUSAN ILLSTON
United States District Judge